# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 31, 2013

## NO. 03-13-00484-CR

**Jason William Ausburn, Appellant**

**v.**

**The State of Texas, Appellee**

---

**APPEAL FROM 426TH DISTRICT COURT OF BELL COUNTY**
**BEFORE JUSTICES PURYEAR, ROSE AND GOODWIN**
**DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE ROSE**

---

**THIS CAUSE** came to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that the appeal should be dismissed for want of jurisdiction. **IT IS THEREFORE ORDERED** that the appeal be dismissed in accordance with the opinion of this Court; that the appellant pay all costs relating to this appeal; and that this decision be certified below for observance.